IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH DOMINGUEZ AND EUGENIA DOMINGUEZ </br></br>        Plaintiffs, </br></br> v. </br></br> PROFESSIONAL RECOVERY SERVICES, INC. </br></br>        Defendant. | Case No: 11-14056 </br> District Judge Denise Page Hood </br> Magistrate Judge R. Steven Whalen |

| | |
|---|---|
| **WEISBERG & MEYERS, LLC** </br> Ronald S. Weiss (P48762) </br> 7035 Orchard Lake Road, Suite 600 </br> West Bloomfield, MI 48322 </br> RWeiss@AttorneysForConsumers.com </br> (888) 595-9111 ext. 230 </br> (866) 565-1327 Fax </br> *Lead Counsel for Plaintiffs* | **Correspondence address** </br> Weisberg & Meyers, LLC </br> 5025 N. Central Ave., #602 </br> Phoenix, AZ 85012 |

___

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party.

Dated this 22nd day of February, 2012.

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Ronald S. Weiss | s/ John Langenderfer |
| Weisberg & Meyers, LLC | Surdyk, Dowd & Turner Co., L.P.A. |

Filed electronically on this 22nd day of February, 2012, via the

United States District Court CM/ECF system - Utilities

Notification sent electronically via email on this 22nd day of February, 2012 to:

John Langenderfer, Esq.
Surdyk, Dowd & Turner Co., L.P.A.
One Prestige Place Suite #700
Miamisburg, OH  45342


By: s/Ronald S. Weiss
    Ronald S. Weiss

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH DOMINGUEZ AND EUGENIA DOMINGUEZ )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROFESSIONAL RECOVERY SERVICES, INC. )<br>)<br>Defendant. )<br>_____ ) | Case No: 11-14056<br>District Judge Denise Page Hood<br>Magistrate Judge R. Steven Whalen |
| WEISBERG & MEYERS, LLC<br>Ronald S. Weiss (P48762)<br>7035 Orchard Lake Road, Suite 600<br>West Bloomfield, MI 48322<br>RWeiss@AttorneysForConsumers.com<br>(888) 595-9111 ext. 230<br>(866) 565-1327 Fax<br>*Lead Counsel for Plaintiffs* | **Correspondence address**<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 |

_____

**ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE**

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

Dated: February 29, 2012


                                                s/Denise Page Hood
                                                UNITED STATES DISTRICT JUDGE